SCOTT J. SAGARIA (BAR # 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (BAR #263326)
Egale@sagarialaw.com
**SAGARIA LAW, P.C.**
333 West San Carlos Street, Suite 1750
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SARAH MONTGOMERY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>　　　　　Defendants. | CASE NO.: 3:12-cv-03895-TEH<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　**PLEASE TAKE NOTICE**, Plaintiff Sarah Montgomery and Defendant Wells Fargo Bank, N.A. (collectively, the "Parties"), by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.

NOTICE OF SETTLEMENT- 1

**SAGARIA LAW, P.C.**

Dated: November 16, 2012         /s/ Elliot Gale

Scott Sagaria
Elliot Gale
Attorneys for Plaintiff