1  SCOTT J. SAGARIA (CA # 217981)
   SJSagaria@sagarialaw.com
2  ELLIOT W. GALE (CA # 263326)
   Egale@sagarialaw.com
3  **SAGARIA LAW, P.C.**
   333 West San Carlos Street, Suite 620
4  San Jose, CA 95110
   408-279-2288 ph
5  408-279-2299 fax

6  Attorneys for Plaintiff

7  Scott J. Hyman (CA # 148709)
   sjhyman@severson.com
8  KALAMA M. LUI-KWAN (CA # 242121)
   kml@severson.com
9  ALISA A. GIVENTAL (CA # 273551)
   aag.severson.com
10 **SEVERSON & WERSON, P.C.**
   One Embarcadero Center, Suite 2600
11 San Francisco, CA 94111
   Telephone: 415-398-3344; Facsimile: 415-956-0439
12 Attorneys for Defendant Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH MONTGOMERY,<br><br>            Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>            Defendants. | Case No.: 3:12-cv-03895-TEH<br><br>STIPULATED REQUEST FOR DISMISSAL |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the above captioned matter be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

STIPULATED REQUEST FOR DISMISSAL - 1

|   |   |
|---|---|
| | **Sagaria Law, P.C.** |
| Dated:  December 11, 2012 | /s/ Elliot Gale |
| | Scott Sagaria, Esq. |
| | Elliot Gale, Esq. |
| | Attorneys for Plaintiff |
| | |
| | **Severson & Werson, P.C.** |
| Dated: December 11, 2012 | /s/ Alisa Givental |
| | Scott Hyman, Esq. |
| | Kalama Lui-Kwan, Esq. |
| | Alisa A. Givental, Esq. |

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

DATED:  12/13/2012

_____
Judge Thelton E. Henderson
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST FOR DISMISSAL - 2